AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____Middle_____ DISTRICT OF _____Pennsylvania_____

UNITED STATES OF AMERICA

**v.**

JAMES BROWN

# CRIMINAL COMPLAINT

CASE NUMBER: 4:08- mj~ 69

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 10, 2008__ in __Union__ county, in the __Middle__ District of __Pennsylvania__ defendant did, (Track Statutory Language of Offense) knowingly, and, unlawfully escape from the custody of the Bureau of Prisons.

in violation of Title _____18_____ United States Code, Section(s) __751(a)(1)__ .

I further state that I am a __Deputy U.S.Marshal with the U.S.Marshal's Service__ and that this complaint is based on the following facts:
                                                              Official Title

        See attached Affidavit.

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

William M. Pugh,  Deputy U.S.Marshal

Sworn to before me and subscribed in my presence,

__July 11 , 2008__     at __Williamsport, Pennsylvania__
Date                                                  City and State

John E. Jones III
United States Disrtict Judge
Name & Title of Judicial Officer                                    Signature of Judicial Officer